# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 12, 2013

147727(61)

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

DANNY EPPS and JOYCE EPPS,
        Plaintiffs-Appellees/
        Cross-Appellants,

v

4 QUARTERS RESTORATION, L.L.C.,
DENAGLEN CORP., d/b/a MBM CHECK
CASHING, EMERGENCY INSURANCE
SERVICES, and TROY WILLIS
        Defendants-Appellants/
        Cross-Appellees,

and

AM ADJUSTING & APPRAISERS, L.L.C.,
MICHAEL N. ANDERSON, JR., HOME
OWNERS INSURANCE COMPANY, PAULA
MATTHEWS, MAXIMUM RESTORATION,
L.L.C., AUTO OWNERS INSURANCE
COMPANY, CHARLES WILLIS, and
COMERICA BANK,
        Defendants.

_____/

SC: 147727
COA: 305731
Wayne CC: 09-018323-NO

      On order of the Chief Justice, the motion of defendants-appellants/cross-appellees to extend the time for filing its reply to the application for leave to appeal and its answer to the cross-application for leave to appeal is GRANTED. The brief and answer will be accepted as timely filed if filed on or before November 15, 2013.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____
November 12, 2013


                  Clerk